**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Vincent Lavett ALLEN, Pork Chop, Defendant–Appellant.**

No. 15–10382.

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Sept. 30, 2015.

Susan Hollis Rothstein–Youakim, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Michael Coolican, Mark Devereaux, Ronald Thomas Henry, W. Ronald Jennings, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

John Leonard Badalamenti, Federal Public Defender's Office, Tampa, FL, Susan Good Yazgi, Federal Public Defender's Office, Jacksonville, FL, Vincent Lavett Allen, Jefferson CI–Inmate Legal Mail, Monticello, FL, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Vincent Lavett Allen, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Allen's supervised release and his sentence are **AFFIRMED.**